AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
OCT 28 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States of America

v.

OSCAR CISNEROS,

Defendant

Case No. 8:19-mj-00828

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of October 8, 2019 in the county of Orange in the Central District of California, the defendant violated:

*Code Section*

18 U.S.C. § 922(g)(1)

*Offense Description*

Felon in Possession of a Firearm

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

LODGED
2019 OCT 28 PM 1:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

/s/
_____
Complainant's signature

FARSHID HASHEMPOUR, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/28/2019

City and state: Santa Ana, California

DOUGLAS F. McCORMICK
*Judge's signature*

HONORABLE DOUGLAS F. McCORMICK
U.S. Magistrate Judge
*Printed name and title*

## A F F I D A V I T

I, Farshid Hashempour, being duly sworn, hereby declare and state as follows:

### I. INTRODUCTION

1. I am a Detective with the Santa Ana Police Department ("SAPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Federal Bureau of Investigation ("FBI"). As a TFO with the FBI, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am assigned to the Orange County Violent Gang Task Force ("OCVGTF"). The OCVGTF is composed of federal and local law enforcement agencies, including, but not limited to, the FBI, the SAPD, and detectives from the Anaheim Police Department. The OCVGTF is responsible for, among other things, investigating violations of federal law committed by criminal street gangs, the Mexican Mafia, and other violent criminal organizations in Orange County. Prior to this assignment with the FBI, I was a SAPD Police Officer and have been so employed for approximately eighteen years.

3. I have specialized training and experience in investigations of narcotics trafficking and criminal street gangs. During my tenure as a Police Officer, as well as an FBI TFO, I have conducted and participated in numerous

investigations of criminal activity, specifically including narcotics trafficking and violent offenses committed by street gangs. Since joining the OCVGTF in 2010, I have specialized in investigations of the Mexican Mafia and its subordinate gangs in Orange County. As a part of these investigations, I have also learned about the drug trafficking organizations that supply street gangs with illegal narcotics.

## II. PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of a criminal complaint against and arrest warrant for OSCAR CISNEROS ("CISNEROS"), for a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm).

5. The facts set forth in this affidavit are based upon information obtained from other law enforcement personnel, my personal knowledge, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. SUMMARY OF PROBABLE CAUSE

6. On October 8, 2019, SAPD Officers J. Arias and J. Gaeta were working uniformed patrol together in a marked police vehicle. The Officers were driving eastbound on 17th Street, in the city of Santa Ana, California, when they observed a Gray GMC

Yukon exit a parking lot and travel in the opposite direction at a high rate of speed. The Officers made a U-turn and caught up to the GMC Yukon, which was now travelling at approximately 60 miles per hour in a 45-mile-per-hour zone. The Officers eventually attempted to conduct a traffic stop on the vehicle, which refused to stop and led the Officers on a vehicle pursuit. The GMC Yukon drove off the roadway and entered a park, where it lost control and came to a stop.

7.  The driver of the vehicle exited and began running through the park towards a residential neighborhood. The driver, described as a heavy set Male Hispanic wearing a gray hooded sweatshirt, was found by responding Officers attempting to conceal himself in the gated driveway of a nearby residence. The individual, identified as CISNEROS, was taken into custody and told Officers that he was at his cousin's house. The Officers spoke to the resident of the home where CISNEROS was located, who advised that he observed an individual enter his front yard and attempt to hide. A search of the GMC Yukon revealed a loaded Savage Arms .22 caliber rifle on the front passenger seat. During his post-Miranda interview, CISNEROS told Officers that the GMC Yukon belonged to his mother. CISNEROS also admitted to being the owner of the rifle found in the vehicle, but did not know how his mother's vehicle and the rifle ended up in the park. As explained below, at the time, CISNEROS was a convicted felon.

## IV. STATEMENT OF PROBABLE CAUSE

### A.   October 8, 2019 Arrest of CISNEROS

8.   I have reviewed a police report prepared by SAPD Officer J. Arias regarding the incident occurring on or about October 8, 2019, involving the arrest of CISNEROS. Based on my review of the report, I have learned the following facts:

   a.   On October 8, 2019, SAPD Officers J. Arias and J. Gaeta were working uniformed patrol together in a marked SAPD vehicle. At approximately 2:13 a.m., the Officers were driving eastbound on 17th Street in the city of Santa Ana, California, when they observed a gray colored GMC Yukon exit the parking lot of 2709 West 17th Street and turn westbound on 17th Street at a high rate of speed. The vehicle appeared to be travelling faster than the posted speed limit of 45 mph. The Officers made a U-turn in an attempt to catch up to the GMC Yukon, but noticed that the GMC had made a U-turn as well to travel in the opposite direction of the Officers. As the GMC Yukon passed the marked SAPD unit eastbound on 17th Street, Officer Arias noticed the vehicle did not have a front license plate in violation of California Vehicle Code ("CVC") § 5201.

   b.   The Officers caught up to the GMC Yukon as it continued eastbound on 17th Street at approximately 60 mph, in violation of CVC § 22350. The GMC Yukon then made a series of turns as it drove into a residential area at about 50 mph and then back onto a major thoroughfare of Fairview Street. The Officers attempted to conduct a traffic stop on the GMC Yukon by activating their overhead lights and siren; however, the GMC

Yukon failed to yield and accelerated through 12th Street. The GMC Yukon then made an eastbound turn through a solid red light on Civic Center, in violation of CVC § 21453. The GMC Yukon then drove off the highway and into El Salvador Park. The GMC Yukon made it half way through the park before the driver lost control of the vehicle and came to a stop. The driver, described as a heavy set Male Hispanic wearing a gray hooded sweatshirt, exited the vehicle and ran through the park towards the adjacent residential neighborhood.

      c. Additional Officers responded to the location and established a perimeter in the area where the driver was last seen running. During a systematic search of the residences east of the park, Sergeant J. Lopez observed a male subject matching the description of the driver, attempting to conceal himself in the gated driveway of the residence at 828 North Raitt Street. The male was holding a gray hooded sweatshirt in his right hand and appeared to be sweating. When asked by the Officers to step out of the driveway, he refused to comply and stated that he was at his cousin's house. The male was detained and identified as OSCAR CISNEROS with a residential address of 1729 West 7th street, Santa Ana, California. SAPD Officers spoke with the homeowner of 828 North Raitt Street, who said he observed CISNEROS enter his front yard and attempt to hide on his front porch.

      d. A records check of the GMC Yukon showed that it was registered to Angelina Cisneros at 1729 West 7th Street, Santa Ana, California. During a search of the Yukon, Officer

Arias found a Savage Arms .22 caliber rifle, bearing the serial number 439240, on the front passenger seat. The rifle had a magazine loaded with seven .22 caliber rounds inserted in the rifle's magazine well. Officer Gaeta also located an additional .22 caliber round on the floorboard of the front passenger seat. The rifle did not have a round chambered. Officer Gaeta found the California license plates (5JGF884) belonging to the GMC Yukon on the front passenger seat as well.

    e. Officer Gaeta read CISNEROS his Miranda rights in English from his SAPD issued Officer's Index. CISNEROS stated he understood his rights and stated that the GMC Yukon belonged to his mother, Angelina Cisneros. CISNEROS stated that the rifle belonged to him, but could not explain how the GMC Yukon and rifle were located in El Salvador Park. CISNEROS admitted he does not have a driver license and could not drive. When asked about the location where he was found, CISNEROS said he was at his cousin's house. When asked a second time, CISNEROS was unable to explain his presence in the front yard of 828 North Raitt Street.

  **B.** **CISNEROS' Criminal History**

  9. I have reviewed CISNEROS' criminal history for felony convictions. Based on my review of those records, I have learned that CISNEROS was convicted of the following felonies on or about the dates specified below:

    a. On October 9, 2015, for manufacturing and/or sale of large capacity magazine, in violation of California Penal Code § 32310, and for carrying a concealed firearm, in violation

of California Penal Code § 25400(a)(1), in the Orange County Superior Court, Case No. 15CF1688, for which he was sentenced to 36 months' probation and 180 days in jail;

  b. On October 12, 2016, for possession of a controlled substance (methamphetamine) for sale, in violation of California Health and Safety Code § 11378, in the Orange County Superior Court, Case No. 16CF2258, for which he was sentenced to 16 months in prison; and

  c. On November 29, 2017, for carrying a concealed firearm, in violation of California Penal Code § 25400(a)(1), for possession of a controlled substance while armed, in violation of California Health and Safety Code § 11370.1(a), and for possession of ammunition by a prohibited person, in violation of California Penal Code § 30305(a)(1), in the Orange County Superior Court, Case No. 17CF1388, for which he was sentenced to 3 years in state prison.

  **C.** **Interstate Nexus**

  10. On October 16, 2019, I contacted FBI Special Agent ("SA") Arrin Langdon regarding the Savage Arms .22 caliber rifle bearing serial number #439240 recovered in this case. On October 23, 2019, SA Langdon reviewed photographs of the firearm. On October 24, 2019, SA Langdon physically examined the firearm. SA Langdon was familiar with the firearm. Based on FBI SA Langdon's review of the firearm, FBI SA Langdon informed me that it was manufactured in Canada and then imported

to Savage Arms in Massachusetts. FBI SA Langdon determined that the firearm identified in this report was manufactured outside California and is a firearm as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3). SA Langdon concluded that the firearm had to have moved through interstate commerce given that it was recovered here in California.

## V. CONCLUSION

11. For all the reasons described above, there is probable cause to believe that CISNEROS has committed a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm).

/s/
_____
FARSHID HASHEMPOUR
Task Force Officer, FBI
Detective, SAPD

Subscribed to and sworn before me this 28th day of October 2019.

DOUGLAS F. McCORMICK
_____
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE